**1**

**J. E. DUNCAN, Petitioner, v. COMMISSION-
ER OF INTERNAL REVENUE,
Respondent.**

Circuit Court of Appeals, Fourth Circuit.
October 20, 1927.

No. 2641.

On Petition to Review the Decision of the
United States Board of Tax Appeals.

F. E. Scott, of Washington, D. C., for
petitioner.

A. W. Gregg, Gen. Counsel Bureau of In-
ternal Revenue, of Washington, D. C., for
respondent.

PER CURIAM. Motion and confession
of error of respondent filed. Decision of
United States Board of Tax Appeals re-
versed. Judgment filed.

═══════

**2**

**Lee ELORE v. UNITED STATES.**

Circuit Court of Appeals. Sixth Circuit.
June 30, 1927.

No. 4978.

In Error to the District Court of the
United States for the Eastern District of
Michigan.

Charles A. Higgs, of Bay City, Mich., for
plaintiff in error.

Otto J. Manary, Asst. U. S. Atty., of
Bay City, Mich.

PER CURIAM. Docketed and dis-
missed, pursuant to stipulation of counsel.

═══════

**3**

**Isabella S. FISHBLATT, Plaintiff-Appellant, v.
William M. ELKINS et al., Defendants-
Appellees.**

Circuit Court of Appeals, Second Circuit.
November 1, 1927.

No. 16.

Appeal from the District Court of the
United States for the Eastern District of
New York.

Hirsh, Newman & Reass, of New York
City (Hugh Hirsh, Emanuel Newman, and
Benjamin Reass, all of New York City, and
Charles Rothaus, of Brooklyn, N. Y., of
counsel), for appellant.

Davis, Polk, Wardwell, Gardiner & Reed,
of New York City (John W. Davis, Theodore
Kiendl, and William E. Stevenson, all of
New York City, of counsel), for appellees.

Before MANTON, L. HAND, and AU-
GUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree affirmed, with
costs.

═══════

**4**

**J. C. FLETCHER v. COMMISSIONER OF
INTERNAL REVENUE.**

Circuit Court of Appeals, Sixth Circuit.
October 3, 1927.

No. 4998.

Petition to Review an Order of the Unit-
ed States Board of Tax Appeals.

Edmund G. Dempster, of Lima, Ohio, for
petitioner.

A. W. Gregg, Gen. Counsel Bureau of In-
ternal Revenue, of Washington, D. C., for
respondent.

PER CURIAM. Reversed, and cause re-
manded for further proceedings, pursuant to
appellee's confession of error and motion for
reversal.

═══════

**5**

**Phillip H. GEORGE, Plaintiff in Error, v.
UNITED STATES, Defendant in
Error.**

Circuit Court of Appeals, Fifth Circuit.
November 29, 1927.

No. 5065.

In Error to the District Court of the
United States for the Western District of
Texas; Du Val West, Judge.

Don A. Bliss, of San Antonio, Tex., for
plaintiff in error.

John D. Hartman, U. S. Atty., of San
Antonio, Tex. (Russell B. Wine, Asst. U. S.
Atty., of San Antonio, Tex., on the brief),
for the United States.

Before WALKER, BRYAN, and FOS-
TER, Circuit Judges.

PER CURIAM. The judgment is af-
firmed.